## John Jones et al. *v.* Slater Road Associates
### (9189)

Daly, Foti and Lavery, Js.

Argued January 8—decision released January 22, 1991

*Richard F. Tolisano,* for the appellant (defendant).

*Craig S. Sampson,* for the appellees (plaintiffs).

Per Curiam. The judgment is affirmed.

## Catherine Khang *v.* Meadows Associates of Middletown, Inc.
### (9119)

O'Connell, Foti and Landau, Js.

Argued January 14—decision released January 29, 1991

*Leanne M. Kinsley,* for the appellant (defendant).

*Charles W. Snow, Jr.,* for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.